Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

_____ Division

AUG 29 2024 AM 9:53
FILED - USDC - FLMD - TPA

| | |
|---|---|
| Devin Brown<br>_____<br>Plaintiff(s)<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>JAMIE GIRGENTI, individually;<br>OLDER, LUNDY, KOCH & MARTINO,<br>_____<br>Defendant(s)<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. 8:24cv2061 KKM-AAS<br>(to be filled in by the Clerk's Office)<br><br>Jury Trial: (check one)  ☒ Yes  ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

Page of 7

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Devin Brown |
| Address | 10140 New york Ave |
| | Hudson, FL 34667 |
| | *City / State / Zip Code* |
| County | Pasco |
| Telephone Number | 7274573446 |
| E-Mail Address | Devinbrown94@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | JAMIE GIRGENTI |
| Job or Title *(if known)* | Attorney |
| Address | 200 N. Garden Ave., Ste. A |
| | Clearwater, Fl 33755 |
| | *City / State / Zip Code* |
| County | Pinellas |

Page of 7

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Telephone Number
E-Mail Address *(if known)*

☒ Individual capacity ☐ Official capacity

Defendant No. 2
Name: Older, Lundy, Kich Martino
Job or Title *(if known)*: Attorney Firm
Address: 200 N. Garden Ave., Ste. A
City: Clearwater  State: FL  Zip Code: 34667
County: Pinellas
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

Defendant No. 3
Name
Job or Title *(if known)*
Address
City  State  Zip Code
County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

Defendant No. 4
Name
Job or Title *(if known)*
Address
City  State  Zip Code
County
Telephone Number
E-Mail Address *(if known)*

Page of 7

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Please see attached

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Not applicable. This is not a Bivens claim.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Please see attached

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

    Sixth judicial circuit in Clearwater Fl before a Congressional inquiry by the VA was placed that same day and found that the courts proceeded in a unlawful attachment of the Plaintiffs non waived title 38 benefits and found the opposing counsel was not authorized or accredited through the VA to legal proceed in the case

B.   What date and approximate time did the events giving rise to your claim(s) occur?

    May 23rd 2024

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

    Please see attached

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

    Please see attached

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

V.  **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Please see attached

VI.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  Aug 27 2024

Signature of Plaintiff
Printed Name of Plaintiff  Devin A Brown

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**B.     For Attorneys**

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| | _____ |
| | _____  _____  _____ |
| | *City*            *State*      *Zip Code* |
| Telephone Number | _____ |
| E-mail Address | _____ |

## II.     Basis for Jurisdiction

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The defendants have violated the plaintiff's rights under:
1. 38 U.S.C. § 5301(a)(1), which protects VA benefits from attachment
2. 38 U.S.C. § 511(a), which limits review of VA benefit decisions
3. The Veterans' Judicial Review Act of 1988
4. 38 C.F.R. § 14.629(b)(1), requiring VA accreditation for attorneys
5. The GUARD VA Act of 2019
6. The Fourteenth Amendment's Due Process Clause


D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under Bivens, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendant Girgenti acted under color of state law by:
1. Using state court processes to unlawfully attach federally protected VA benefits
2. Obtaining court orders that violate federal law protecting VA benefits
3. Collaborating with state court officials to advance unlawful claims
4. Abusing state procedures to deprive the plaintiff of federally protected rights

Defendant Older, Lundy, Koch & Martino acted under color of state law by:
1. Maintaining a policy or custom of disregarding federal VA regulations
2. Failing to properly train its attorneys in matters involving VA benefits
3. Encouraging and enabling its attorneys to pursue unlawful attachments of VA benefits

## III. Statement of Claim

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

1. Plaintiff is a disabled combat veteran receiving non-waived Title 38 VA benefits since 2013.
2. Defendant Girgenti, lacking proper VA accreditation, has persistently attempted to attach Plaintiff's VA benefits in state court proceedings for approximately 8 years.

3. On May 23, 2024, Defendant Girgenti obtained a state court order unlawfully attaching Plaintiff's VA benefits for travel expenses and legal fees.
4. A VA congressional inquiry on the same day confirmed that this attachment was unlawful under 38 U.S.C. § 5301(a)(1).
5. Despite clear federal protections and VA directives, Defendants have continued to pursue attachment of Plaintiff's benefits.
6. These actions have severely limited Plaintiff's ability to maintain a relationship with his daughter, as he cannot afford the court-ordered travel expenses.
7. On July 22, 2024, the VA issued an order stating that Defendant's client is responsible for all travel costs and legal fees that the lower courts had ordered Plaintiff to pay.
8. Defendants have ignored this VA order and continue to pursue unlawful attachments.
9. Defendant Older, Lundy, Koch & Martino has a history of similar misconduct, with a previous attorney (Philip McLeod) forced to retire for violating the same rights.
10. Defendant Girgenti's representation presents a conflict of interest due to her association with Philip McLeod, who previously represented the opposing party in this case.

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

As a result of the Defendants' actions, Plaintiff has suffered:
1. Financial hardship due to unlawful attempts to attach his VA benefits
2. Severe emotional distress
3. Damage to his relationship with his daughter, having been able to see her for less than 4 months total over the course of 8 years
4. Violation of his constitutional rights and federally protected benefits
5. Deprivation of property without due process of law
6. No physical injuries requiring medical treatment have been sustained

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff seeks the following relief:
1. A declaration that Defendants' actions violate 42 U.S.C. § 1983 and Plaintiff's constitutional rights

2. A permanent injunction prohibiting Defendants from handling cases involving VA benefits
3. Compensatory damages for financial losses and emotional distress (amount to be determined at trial)
4. Punitive damages against Defendant Girgenti (amount to be determined at trial)
5. Attorneys' fees and costs pursuant to 42 U.S.C. § 1988
6. An order for Defendants to undergo training on federal laws protecting veterans' benefits
7. Referral of Defendant Girgenti to the Florida Bar for disciplinary action
8. An order for Defendants to cease all attempts to attach or interfere with Plaintiff's VA benefits
9. Referral of this matter to federal authorities for potential criminal prosecution under the GUARD VA Act of 2019
10. Any other relief the Court deems just and proper